DAVID G. LIM (BAR NO. 202789)
CITY ATTORNEY
CITY OF FAIRFIELD

RICHARDS, WATSON & GERSHON
  A Professional Corporation
T. PETER PIERCE (BAR No. 160408)
ppierce@rwglaw.com
HENRY M. YORK (BAR NO. 330975)
hyork@rwglaw.com
1 Sansome Street, Suite 2850
San Francisco, California 94104-4811
Telephone:  415.421.8484
Facsimile:  415.421.8486

Attorneys for Defendants
City of Fairfield

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RANDOLPH DAYTON,<br><br>     Plaintiff,<br>  v.<br><br>CITY OF FAIRFIELD, NATHAN STRICKLAND, FRANK PIRO, DAN MARSHALL as FAIRFIELD CHIEF OF POLICE,<br><br>     Defendants. | Case No. 2:24-CV-01170-TLN-CSK (PS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF FAIRFIELD'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

## [PROPOSED] ORDER

The City's *ex parte* application filed on July 22, 2024 is GRANTED. The complaint-response deadline is extended by 30 days to August 22, 2024.

IT IS SO ORDERED.

Dated:  July 23, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, dayt1170.24

[PROPOSED] ORDER

11245-0075\2990073v1.doc