**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD RANDOLPH DAYTON,<br>Plaintiff,<br>vs.<br>CITY OF FAIRFIELD, et al.,<br>Defendants. | Case Nos. 2:24-cv-01170-CSK<br>2:23-cv-02362-CSK<br>~~[PROPOSED]~~ **FINAL JUDGMENT**<br>**[Fed. R. Civ. P. 58]** |

This consolidated action proceeds before the undersigned for all purposes, including the entry of judgment, pursuant to 28 U.S.C. § 636(c) and the consent of all parties. The Court consolidated *Dayton v. City of Fairfield*, No. 2:23-cv-02362-CSK ("*Dayton I*"), with *Dayton v. City of Fairfield*, No. 2:24-cv-01170-CSK ("*Dayton II*").

By order filed June 26, 2026, the Court denied the motion for summary judgment of Plaintiff Edward Randolph Dayton and granted in part Defendants cross-motion for summary judgment (ECF No. 38). The only claims remaining after that order were Plaintiff's Fourth Amendment personal property seizure claims in the Sixth Cause of Action of the First Amended Complaint (ECF No. 16) in *Dayton I* and the Second Cause of Action of the Complaint (ECF No. 1) in *Dayton II*, both against Defendants Strickland and Piro in their personal capacities. Pursuant to the parties' stipulation after settlement, the Court has dismissed those causes of action with prejudice.

All claims as to all parties in this consolidated action having been resolved, IT IS ORDERED AND ADJUDGED that final judgment is entered pursuant to Federal Rule of Civil Procedure 58 as follows:

1. Judgment is entered in favor of Defendants City of Fairfield, Nathan Strickland, Frank Piro, Richard Mroz, Robert Ramirez-Kirgan, Jimmie Williams, and against Plaintiff Edward Randolph Dayton, on Plaintiff's first (false arrest), second (excessive force), third (conspiracy to commit false arrest), fourth (unlawful removal of vehicles), and fifth (conspiracy to unlawfully remove vehicles) causes of action in the First Amended Complaint in *Dayton I*.

2. Judgment is entered in favor of Defendants City of Fairfield, Nathan Strickland, Frank Piro, and Dan Marshall, and against Plaintiff Edward Randolph Dayton, on Plaintiff's first (unlawful removal of vehicles) and third (conspiracy to unlawfully remove vehicles) causes of action in the Complaint in *Dayton II*.

3. Judgment is entered in favor of Defendant City of Fairfield, and against Plaintiff Edward Randolph Dayton, on all claims brought against the City of Fairfield in *Dayton I* and *Dayton II*.

4. Plaintiff's sixth cause of action in the First Amended Complaint in *Dayton I* and second cause of action in the Complaint in *Dayton II* are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's order granting the parties' stipulation. As to those causes of action, each party shall bear its own attorneys' fees and costs.

5. Plaintiff shall take nothing on the claims described in paragraphs 1 through 3.

6. Plaintiff and Defendants agree the settlement agreement does not waive any of Plaintiff's rights to appeal the claims resolved in Defendants' favor on summary judgment.

/ / /

/ / /

/ / /

/ / /

7. This judgment resolves all claims as to all parties in *Dayton I* and *Dayton II*. The Clerk of the Court is directed to enter this judgment in Case No. 2:24-cv-01170-CSK and Case No. 2:23-cv-02362-CSK and to close both cases.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 27, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, dayt.1170.24