**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD RANDOLPH DAYTON,<br>Plaintiffs,<br>vs.<br>CITY OF FAIRFIELD, et al.,<br>Defendants. | Case No. 2:24-cv-01170-CSK AND 2:23-cv-02362-CSK<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO DISMISS CERTAIN CAUSES OF ACTION WITH PREJUDICE** |

Having reviewed the Stipulation to Dismiss Certain Causes of Action with Prejudice, and GOOD CAUSE appearing therefore, the Stipulation is hereby GRANTED.

Plaintiff's Sixth Cause of Action under 42 U.S.C. § 1983 in Plaintiff's First Amended Complaint (ECF No. 16) in *Dayton v. City of Fairfield*, No. 2:23-cv-02362-CSK, and Plaintiff's Second Cause of Action under 42 U.S.C. § 1983 in Plaintiff's Complaint (ECF No. 1) in *Dayton v. City of Fairfield*, No. 2:24-cv-01170-CSK, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 15(a)(2). Each party is to bear their own attorneys' fees and costs.

Dated: October 27, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, dayt.1170.24